THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| COURTNEY COULON<br>1129 Sandalwood Drive<br>Harvey, LA 70058<br><br>-and-<br><br>ASHLEY COULON<br>1129 Sandalwood Drive<br>Harvey, LA 70058<br><br>       Plaintiffs,<br><br><br>RASIER LLC<br>1455 Market Street<br>San Francisco, CA 94103<br><br>    SERVE:<br>    C T Corporation System<br>    1015 15th Street NW Suite 1000<br>    Washington, DC 20005<br><br>-and-<br><br>HELMSMAN MANAGEMENT SERVICES, LLC<br>175 Berkeley Street<br>Boston, MA 02116<br><br>    SERVE:<br>    Corporation Service Company<br>    84 State Street<br>    Boston, MA 02109<br><br>-and-<br><br>ABU GODO<br>3100 S Manchester Street<br>Apt. 801<br>Falls Church, VA 22044<br><br>-and- | Case No. **2022 CA 000031 V** |

**BRITTANY BRUNSON**
5743 Gladstone Way
Capitol Heights, MD 20743

- a n d -

**IZAIAH MCNEIL**
10409 Bunch Berry Lane
Upper Marlboro, MD 20772

- a n d -

**ROSA TRAPP-DAIL**
10926 Riverview Road
Fort Washington, MD 20744

       Defendants.

## NOTICE OF REMOVAL

Defendant Raiser, LLC files this Notice of Removal, and states:

1.     **State Court Action.**  This action was filed on January 4, 2022 in the Superior Court for the District of Columbia, Case No. 2022 CA 000031 V.  The Complaint asserts a negligence claim against several defendants, all of whom are foreign to the District of Columbia.

2.     **Federal/Original Jurisdiction.**  This action is removable pursuant to 28 U.S.C. § 1332(a) and U.S.C. § 1332(c), on the basis of diversity jurisdiction. Specifically, on February 4, 2022, Plaintiff brought forth a claim seeking $1,000,000 against six defendants, all of whom are citizens of states other than the District of Columbia, including four individuals and two corporations. This Defendant is a citizen is a citizen of the State of California, as its principal place of business is located in San Francisco, California.

Venue is proper pursuant to 28 U.S.C. §§ 1391 and 1446 because this District and Division encompass the place where the removed action was pending and the acts/omissions are alleged to have occurred.

3. **State Court Documents Attached.** Pursuant to the Federal Rules of Civil Procedure, the Superior Court for the District of Columbia docket sheet is attached hereto as **Exhibit 1**. A Civil Cover Sheet is attached as **Exhibit 2.** An index of documents served on this Defendant in the Superior Court action is attached as **Exhibit 3**, and a copy of each document on that index arranged in chronological order, are attached as **Exhibits 4-13**. These documents constitute the only pleadings, process, motions or orders filed or received by defendant in the state court. A list of all parties and counsel is attached as **Exhibit 14.**

4. **Removal is Timely.** Defendant Rasier LLC first received a copy of the Complaint on January 28, 2022. This removal is dated February 28, 2022. Accordingly, it is timely. *See* 28 U.S.C. 1441.

5. **Notice.** Pursuant to 28 U.S.C. §1446(d), a copy of this Notice of Removal shall be provided to all adverse parties and filed with the clerk of the state court.

6. **Relief Requested.** Defendant Rasier LLC respectfully requests that the United States District Court for the District of Columbia accept this notice and removal, assume jurisdiction over this action, and issue all such further orders and processes as may be necessary to bring before it all parties necessary for the final adjudication thereof.

Dated: February 28, 2022

Respectfully submitted,

By: _____
    Brigitte J. Smith (Bar No. 493368)

**WILSON ELSER**
500 E. Pratt St., Ste. 600
Baltimore, MD 21202
(410) 539-1800
(410) 962-8758 (Fax)
*Attorneys for Defendant Rasier, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of February, 2022, a true and correct copy of the foregoing document was served via email, as well as first class mail postage prepaid, to the following:

Joanne J. Lee, Esq.
Michael C. Robinett, Esq.
Simeone & Miller, LLP
Ste. 350
Washington, DC 20036
*Counsel for Plaintiffs*

Helmsman Management Services, LLC
c/o Corporation Service Company
84 State Street
Boston, MA 02109

Abu Godo
3100 S Manchester Street, Apt 801
Falls Church, VA 22044
*Pro-Se Defendant*

Brittany Brunson
5743 Gladstone Way
Capitol Heights, MD 20743

Izaiah McNeil
10409 Bunch Berry Lane
Upper Marlboro, MD 20772

Rosa Trapp-Dial
10926 Riverview Road
Fort Washington, MD 20744
*Pro-Se Defendant*

_____
Brigitte J. Smith